**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

E.W. Blanch Holdings, Inc. and E.W. Blanch Co., Inc.,

Plaintiffs,

v.

Kevin D. Knudson,

Defendant.

Civil No. 01-775 (DWF/AJB)

**ORDER OF REFERENCE**

---

J.D. Jackson, Esq., and Todd Schnell, Esq., Dorsey & Whitney, Pillsbury Center South, 220 South Sixth Street, Minneapolis, MN 55402, and Daniel O'Keefe, Esq., E.W. Blanch Holdings, Inc., 500 North Akard, Suite 4500, Dallas, TX 75201, General Counsel for E.W. Blanch Holdings, Inc. and E.W. Blanch Co., Inc., appeared on behalf of Plaintiffs.

Bruce Douglas, Esq., Larkin, Hoffman, Daly & Lindgren, 1500 Northwest Financial Center, 7900 Xerxes Avenue South, Bloomington, MN 55431, appeared on behalf of Defendant.

---

IT IS ORDERED that pursuant to Title 28, United States Code, Section 636(b)(1)(A), (B), and (C), Defendant's Motion to Dismiss or Alternatively to Transfer Venue is referred to Magistrate Judge Arthur J. Boylan.

At this time the Court's file only contains the Letter of Service required by Local Rules.

Dated: May 29th, 2001

DONOVAN W. FRANK
Judge of United States District Court

Filed MAY 29 2001
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________