UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

E.W. BLANCH HOLDINGS, INC. and
E.W. BLANCH CO., INC.,

Plaintiffs,

v.

KEVIN D. KNUDSON,

Defendant.

Civil No. 01-775 DWF/AJB

INITIAL CASE
MANAGEMENT ORDER

---

Having considered the comments and proposals of the parties presented at the initial case management conference held on May 30, 2001, the Court Orders the following:

1. Each party shall be entitled to serve not more than 25 interrogatories.

2. Initial interrogatories, requests for production of documents, and requests for admissions shall be served forthwith. Responses to any such expedited written discovery shall be due on or before 4:30 p.m. on Monday, June 4, 2001.

3. Each party shall be entitled to take depositions on an expedited basis. Each party shall be entitled to two full days devoted to depositions. No day devoted to deposition shall last longer than 9 hours. All depositions shall be completed by Friday, June 8, 2001.

4. Any additional pleadings or briefings which the parties wish to submit to

Filed MAY 31 2001
Francis E. Dosal, Clerk
Judgment Entered ________
Deputy Clerk's Initials ________

the Court in reference to the hearing scheduled before Judge Frank on June 12, 2001, shall be served upon the opposing party no later than 9:30 a.m. on Monday, June 11, 2001. Any reply briefs or pleadings shall be served on or before 4:30 p.m. on June 11, 2001.

5. Attorneys are directed to contact the Chambers of the Honorable Donovan W. Frank to learn whether or not the Judge will consider live testimony at the hearing scheduled for June 12, 2001. If live testimony is to be offered, each of the parties shall serve the other with the names of the witnesses that it intends to call on June 12, 2001, no later than 4:30 p.m. on Friday, June 8, 2001. It shall be the responsibility of plaintiffs' counsel to endeavor to contact Judge Frank's Chambers to learn the Court's decision on the issue of whether live testimony will be taken and the number of witnesses each party will be allowed to call if testimony is to be offered.

Dated: 5/30/01

ARTHUR J. BOYLAN
United States Magistrate Judge