UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

E.W. BLANCH HOLDINGS, INC.
and E.W. BLANCH CO., INC.,

Plaintiffs,

vs.

KEVIN D. KNUDSON,

Defendant.

File No.01-CV-775 (DWF/AJB)

**STIPULATION FOR CONTINUANCE OF HEARING ON PLAINTIFFS' PRELIMINATION INJUNCTION MOTION**

Pursuant to the Court's Memorandum Opinion and Order, dated May 10, 2001, the parties hereby stipulate and agree to continue the hearing for Plaintiffs' Motion for a Preliminary Injunction, originally scheduled for June 12, 2001, until June 28, 2001, at 10:00 a.m.

DATED: June 5, 2001

LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.

By Daniel J. Ballintine

Bruce J. Douglas, No. 23966
John J. Steffenhagen, No. 195947
Daniel J. Ballintine, No. 256584
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431
Telephone: (952) 835-3800
Attorneys for Defendant Kevin D. Knudson

JUN 06 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENT'D
DEPUTY CLERK

DATED: June 4, 2001

DORSEY & WHITNEY LLP

By [signature]

J D. Jackson, No. 49219
Todd W. Schnell, No. 252256
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Attorneys for Plaintiffs
E.W. Blanch Holdings, Inc. and
E.W. Blanch Co., Inc.

SO ORDERED:

DATED: June 6, 2001

[signature]

Judge Donovan W. Frank
Judge of the United States District Court