UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

E.W. BLANCH HOLDINGS, INC.
and E.W. BLANCH CO., INC.,

File No.01-CV-775 (DWF/AJB)

Plaintiffs,

vs.

**STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT ORDER**
and ORDER

KEVIN D. KNUDSON,

Defendant.

The parties hereby stipulate and agree to continue all deadlines set forth in the Initial Case Management Order, issued by Magistrate Judge Boylan on May 30, 2001, for a period of two weeks.

DATED: June 5, 2001

LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.

By Daniel J. Ballintine
Bruce J. Douglas, No. 23966
John J. Steffenhagen, No. 195947
Daniel J. Ballintine, No. 256584
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431
Telephone: (952) 835-3800
Attorneys for Defendant Kevin D. Knudson

JUN 06 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: June 4, 2001

DORSEY & WHITNEY LLP

By ______________________
J D. Jackson, No. 49219
Todd W. Schnell, No. 252256
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Attorneys for Plaintiffs
E.W. Blanch Holdings, Inc. and
E.W. Blanch Co., Inc.

SO ORDERED:

DATED: June 5, 2001

______________________
Magistrate Judge Arthur J. Boylan
Magistrate Judge of the United States District Court