UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

E.W. Blanch Holdings, Inc. and
E.W. Blanch Co., Inc.,

Plaintiffs,

v.

Kevin D. Knudson,

Defendant.

File No. 01-CV-775 DWF/AJB

**STIPULATION AND ORDER**

The parties, through their respective counsel, stipulate and agree that, effective July 2, 2001:

1. The Temporary Restraining Order set forth in the Court's May 10, 2001 and June 4, 2001 Orders shall be vacated;

2. All pending motions and discovery orders, with the exception of the June 8, 2001 Protective Order, shall be withdrawn;

3. Any motion or other pleading to enforce the terms of the parties' agreement shall state nothing more than that Kevin Knudson has breached said agreement; the specifics of such a purported breach and all supporting documents shall be kept confidential and filed under seal; and

4. This action shall be dismissed with prejudice, but the Court shall retain jurisdiction including for the purpose of enforcing the parties' agreement. If Kevin Knudson has fully complied with the terms of the parties' agreement as of January 16, 2002, the parties shall execute a stipulation for dismissal with prejudice of this action, to be filed and effective January 16, 2002.

FILED JUL 11 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

Dated: July 9, 2001.

Bruce J. Douglas (23966)
John J. Steffenhagen (195947)
Daniel J. Ballintine (256584)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800
FAX: (952) 896-3333

ATTORNEYS FOR DEFENDANT
KEVIN D. KNUDSON

Dated: July 10, 2001.

J Jackson (0049219)
Todd W. Schnell (0252256)
DORSEY & WHITNEY LLP
220 South 6th Street
Minneapolis, MN 55402
(612) 340-2600

ATTORNEYS FOR PLAINTIFFS

**ORDER**

IT IS SO ORDERED, effective July 2, 2001.

BY THE COURT:

Dated: Nunc pro tunc July 2, 2001.

Hon. Donovan W. Frank
Judge of United States District Court

::ODMA\PCDOCS\LIB1\687801\1

Dated: July 11, 2001.

Bruce J. Douglas (23966)
John J. Steffenhagen (195947)
Daniel J. Ballintine (256584)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800
FAX: (952) 896-3333

ATTORNEYS FOR DEFENDANT
KEVIN D. KNUDSON

Dated: July 9, 2001.

J Jackson (0049219)
Todd W. Schnell (0252256)
DORSEY & WHITNEY LLP
220 South 6th Street
Minneapolis, MN 55402
(612) 340-2600

ATTORNEYS FOR PLAINTIFFS

**ORDER**

IT IS SO ORDERED, effective July 2, 2001.

BY THE COURT:

Dated: Nunc pro tunc July 2, 2001.

Hon. Donovan W. Frank
Judge of United States District Court

::ODMA\PCDOCS\LIB1\687801\1