UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

E.W. BLANCH HOLDINGS, INC.
and E.W. BLANCH CO., INC.,

Plaintiffs,

vs.

KEVIN D. KNUDSON,

Defendant.

File No.01-CV-775 (DWF/AJB)

**STIPULATION OF DISMISSAL WITH PREJUDICE**
AND ORDER

In accordance with the terms of the Settlement Agreement and Mutual Release Following Mediation, the undersigned hereby dismiss this matter with prejudice, with neither party receiving costs, disbursements, or attorneys' fees.

DATED: 1/18, 2002

DORSEY & WHITNEY LLP

By ______________________
J.D. Jackson, No. 49219
Todd W. Schnell, No. 252256
220 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-2600
Attorneys for Plaintiffs
E.W. Blanch Holdings, Inc. and
E.W. Blanch Co., Inc.

DATED: 1/18, 2002

LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.

By ______________________
Bruce J. Douglas, No. 23966
Daniel J. Ballintine, No. 256584
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431
Telephone: (952) 835-3800
Attorneys for Defendant Kevin D. Knudson

FILED JAN 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

SO ORDERED:

Dated: 1/18, 2002

Honorable Donovan W. Frank
Judge of the United States District Court